United States District Court
Southern District of Texas
**ENTERED**
August 02, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| INVERSIONES INMOBILIARIAS DE LA DULCE VIDA DE PINILLA Y EL MAR, § § § Plaintiff, § § VS. § § JAMES DICAMPLI, § § Defendant. § | CIVIL ACTION NO. 4:22-CV-02467 |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on June 30, 2023. Doc. #16. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See also United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, Plaintiff Inversiones Inmobiliarias de la Dulce De Pinilla y El Mar, Sociedad de Responsabilidad Limitada's Motion for Summary Judgment (Doc. #11) is hereby DENIED WITHOUT PREJUDICE.

It is so ORDERED.

AUG 0 1 2023
Date

The Honorable Alfred H. Bennett
United States District Judge